1   **WO**

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6                 FOR THE DISTRICT OF ARIZONA

7

8   Rebecca Graham,                    )    No. CV-08-02107-PHX-LOA
                                       )
9              Plaintiff,              )    **NOTICE OF ASSIGNMENT**
                                       )    **AND ORDER**
10  vs.                                )
                                       )
11  Geico  General  Insurance  Company,  a)
    foreign entity; American Family Mutual)
12  Automobile Insurance Company, a foreign)
    entity; John Does I-X; ABC Corporations)
13  I-X  and  Black  and  White  Partnerships)
    and/or Sole Proprietorships I-X,    )
14                                     )
               Defendants.             )
15  _____)

16

17         Pursuant to Local Rule ("LRCiv") 3.8(a), Rules of Practice, effective

18  December 1, 2007, all civil cases are, and will be, randomly assigned to a U.S. district

19  judge or to a U.S. magistrate judge. This matter has been assigned to the undersigned U.S.

20  Magistrate Judge.

21         As a result of the aforesaid Local Rule, if all parties consent in writing, the

22  case will remain with the assigned magistrate judge pursuant to 28 U.S.C. 636(c)(1) for

23  all purposes, including trial and final entry of judgment. If any party chooses the district

24  judge option, the case will be randomly reassigned to a U.S. district judge.  To either

25  consent  to the assigned magistrate judge or to elect to have the case heard before a

26  district judge, the appropriate section of the form, entitled Consent To Exercise Of

27

28

1    Jurisdiction By United States Magistrate Judge[1], must be completed, signed and filed.

2    The party filing the case or removing it to this Court is responsible for serving all parties

3    with the consent forms. Each party must file a completed consent form and certificate of

4    service with the Clerk of the Court not later than 20 days after entry of appearance, and

5    must serve a copy by mail or hand delivery upon all parties of record in the case.

6            Any party is free to withhold consent to magistrate judge jurisdiction

7    without adverse consequences.  28 U.S.C. 636(c)(2); Rule 73(b), Fed.R.Civ.P.; *Anderson*

8    *v. Woodcreek Venture Ltd.*, 351 F.3d 911, 913-14 (9th Cir. 2003) (pointing out that

9    consent is the "touchstone of magistrate judge jurisdiction" under 28 U.S.C. §636(c).  "A

10   party to a federal civil case has, subject to some exceptions, a constitutional right to

11   proceed before an Article III judge."   *Dixon v. Ylst*, 990 F.2d 478, 479 (9th Cir. 1993)

12   (citing *Pacemaker Diagnostic Clinic of Am. Inc. v. Instromedix, Inc.*, 725 F.2d 537, 541

13   (9th Cir. 1984) (*en banc*)).

14           A review of the Court's file indicates that Defendant Geico General

15   Insurance Company filed a Notice of Removal on November 14, 2008 and Defendant

16   American Family Mutual Insurance Company filed an Answer on November 19, 2008.

17           Defendants Geico General Insurance Company and American Family

18   Mutual Insurance Company shall each have until **Wednesday, December 10, 2008**,

19   within which to make their selections to either consent to magistrate-judge jurisdiction or

20   elect to proceed before a U. S. district judge.  The Court's docket reflects the appropriate

21   consent form was electronically transmitted to Defendant Geico General Insurance

22   Company's counsel on November 17, 2008 by the Clerk's office.

23           Accordingly,

24

25           [1]The consent/election form may be obtained directly from the Clerk of the Court or

26   by accessing the District of Arizona's web site at www.azd.uscourts.gov.  To find the
     consent/election form on the District's web site, click on "Local Rules" at the top of the page,

27   then click on "forms" on the left side of the page and then click on and print the appropriate

28   form.

1    **IT IS ORDERED** that Defendants Geico General Insurance Company and

2    American Family Mutual Insurance Company shall each have until **Wednesday,**

3    **December 10, 2008** within which to file their written elections to either consent to

4    magistrate judge jurisdiction or elect to proceed before a United States district judge.

5    **IT IS FURTHER ORDERED** that Plaintiff Rebecca Graham shall either

6    consent to proceed before a magistrate judge or elect  to proceed before a district judge by

7    **Wednesday, December 10,  2008**.

8    **IT IS FURTHER ORDERED** that counsel and any party, if

9    unrepresented, shall hereinafter comply with the Rules of Practice for the United States

10   District Court for the District of Arizona, as amended on December 1, 2007.   The

11   District's Rules of Practice may be found on the District Court's internet web page at

12   www.azd.uscourts.gov/.  All other rules may be found as www.uscourts.gov/rules/.  The

13   fact that a party is acting pro se does not discharge this party's duties to "abide by the

14   rules of the court in which he litigates." *Carter v. Commissioner of Internal Revenue*, 784

15   F.2d 1006, 1008 (9th Cir. 1986).

16   **IT IS FURTHER ORDERED** that counsel and any party, if

17   unrepresented, shall use the above caption, number and initials until further order of the

18   Court.

19   **IT IS FURTHER ORDERED** that defense counsel for Geico General

20   Insurance Company shall use proper capitalization in all future captions as mandated by

21   LRCiv 7.1(a)(3).

22   DATED this 21st day of November, 2008.

23

24   Lawrence O. Anderson

25   United States Magistrate Judge

26

27

28

- 3 -